Argued February 17, reversed and remanded February 23, 1976

## STATE OF OREGON, *Appellant,*
### *v.*
## ROBERT LEE COLLINS, *Respondent.*

(CA 5280)

546 P2d 480

James A. Hill, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

No appearance for respondent.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

Reversed and remanded. *State v. Haas,* 13 Or App 368, 373, 510 P2d 852 (1973), *rev'd on other grounds sub nom Oregon v. Haas,* 420 US 714, 95 S Ct 1215, 43 L Ed 2d 570 (1975).